CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7177
   Facsimile: (415) 436-6748
   Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENE HENRIQUEZ LAINEZ,<br><br>              Plaintiff,<br><br>      v.<br><br>MARKWAYNE MULLIN,[1] Secretary of the United States Department of Homeland Security, *et al.*,<br><br>              Defendants. | Case No. 3:26-cv-02406 TSH<br><br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

   The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until September 28, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.  Plaintiff filed a complaint in which she seeks adjudication of her Form I-589, Application for Asylum and for Withholding of Removal.  Dkt. No. 1.  United States Citizenship and Immigration Services ("USCIS") scheduled Plaintiff an interview for June 30, 2026.

   Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

---

      [1]  Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation to Stay Proceedings
C 3:26-cv-02406 TSH                              1

September 28, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 8, 2026

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 8, 2026

/s/ Josh F. Sigal
JOSH F. SIGAL
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 9, 2026

THOMAS S. HIXSON
United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay Proceedings
C 3:26-cv-02406 TSH                    2